```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| KAREEM BLOCKER,<br><br>        Plaintiff,<br><br>    v.<br><br>SGT WERNICK, et al.,<br><br>        Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 14-5439 (JBS-KMW)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief Judge:**

    Before the Court is Plaintiff Kareem Blocker's letter to the Court asking to reopen his pro se civil rights complaint. (Docket Entry 3).

    1.   Plaintiff, a New Jersey sentenced prisoner confined at New Jersey State Prison in New Jersey, submitted to the Clerk for filing a *pro se* Complaint with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff did not prepay the $400 filing and administrative fees for this case.

    2.   In the Complaint, Blocker claimed that in May of 2014, a routine cell search was conducted by the Defendant Officers at Bayside State Prison. When he returned to his cell, his Benadryl was missing. A few days later, he reported to medical and explained what happened, *i.e.*, that the Benadryl was taken during the cell search. As a result of his statements, he was found guilty of disciplinary charges (Complt., ¶ 6). He asked

for the appointment of counsel and monetary relief (Complt., ¶ 7). He did not request injunctive relief.

3.  By Order dated October 23, 2014, this Court denied Plaintiff's application to proceed *in forma pauperis* with prejudice as he had three prior qualifying dismissals under 28 U.S.C. § 1915(g), and Plaintiff had not demonstrated he was in "imminent danger of serious physical injury." 28 U.S.C. § 1915(g). (Docket Entry 2 ¶¶ 3-5).

4.  The Court administratively terminated the complaint for failure to pay the filing fees, and informed Plaintiff the case would be reopened upon his payment of the filing and administrative fees. (Docket Entry 2).

5.  On October 31, 2014, Plaintiff submitted a letter requesting this Court grant him *in forma pauperis* status. (Docket Entry 3). He did not pay the filing fee as ordered by the Court.

6.  As Plaintiff has not complied with the Court's order, the complaint shall be dismissed for lack of prosecution.


 April 23, 2015                         s/ Jerome B. Simandle
Date                                    JEROME B. SIMANDLE
                                        Chief U.S. District Judge

2